# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

135079

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                            SC: 135079
                                            COA: 279940
                                            Wayne CC: 86-000820

DAVID VAUGHN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 20, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

t1217

_____
Clerk